# United States District Court
## Southern District of Georgia

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2018 OCT 17 PM 1:29
CLERK_____
SO. DIST. OF GA.

LYNDSEY MICHELLE LOYD, on behalf of herself and others
_____
Plaintiff

Case No. 3:18-cv-00059-DHB-BKE

v.

JACKS ENTERPRISE, LLC d/b/a JOHNNY'S PIZZA,
_____
Defendant

Appearing on behalf of
Plaintiff
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 17th day of Oct, 2018.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | Joshua A. Frank |
| Business Address: | Barrett Johnston Martin & Garrison, LLC |
| | Firm/Business Name |
| | 414 Union St., Suite 900 |
| | Street Address |
| | Nashville  TN  37219 |
| | Street Address (con't)  City  State  Zip |
| | Mailing Address (if other than street address) |
| | Address Line 2  City  State  Zip |
| | 615-244-2202 |
| | Telephone Number (w/ area code)  Georgia Bar Number |
| Email Address: | jfrank@barrettjohnston.com |