# United States District Court
## Southern District of Georgia

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2018 OCT 17 PM 1:29
CLERK_____
SO. DIST. OF GA.

LYNDSEY MICHELLE LOYD, on behalf of herself and others
_____
Plaintiff

v.

JACKS ENTERPRISE, LLC d/b/a JOHNNY'S PIZZA,
_____
Defendant

Case No. 3:18-cv-00059-DHB-BKE

Appearing on behalf of

Plaintiff
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 17th day of Oct., 2018.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

NAME OF PETITIONER: David W. Garrison

Business Address: Barrett Johnston Martin & Garrison, LLC
Firm/Business Name

414 Union St., Suite 900
Street Address

| Street Address (con't) | Nashville | TN | 37219 |
|---|---|---|---|
| | City | State | Zip |

Mailing Address (if other than street address)

| Address Line 2 | City | State | Zip |
|---|---|---|---|

615-244-2202
Telephone Number (w/ area code)        Georgia Bar Number

Email Address: dgarrison@barrettjohnston.com