FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2019 DEC 11 PM 12:10
CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| LYNDSEY MICHELLE LOYD and JESSICA CARR, on behalf of themselves and all others similarly situated, | * * * * * | |
| Plaintiffs, | * * | |
| v. | * * | CV 318-059 |
| JACKS ENTERPRISE, LLC, d/b/a Johnny's Pizza, | * * * | |
| Defendant. | * | |

**O R D E R**

Plaintiff Lyndsey Michelle Loyd filed this collective action to recover unpaid wages under the Fair Labor Standard Act ("FLSA"), 29 U.S.C. §§ 201, *et seq.* On July 18, 2019, the Court granted Plaintiff's unopposed motion to approve the parties' settlement agreement. (Doc. No. 32.) Because the case has been settled, **IT IS ORDERED** that Plaintiff's claims against Defendant are hereby **DISMISSED WITH PREJUDICE** in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, the Clerk is directed to **CLOSE** this case and **TERMINATE** all motions and deadlines.

**ORDER ENTERED** at Augusta, Georgia, this 11th day of December, 2019.

_____
UNITED STATES DISTRICT JUDGE